JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>METAL FABRICATION INDUSTRIAL IRONWORKS, a California corporation,<br><br>Defendant. | CASE NO. 8:19-cv-02312-JVS (KESx)<br><br>Assigned to the Hon. James V. Selna<br><br>**ORDER ON STIPULATION FOR JUDGMENT AGAINST DEFEDANT METAL FABRICATION INDUSTRIAL IRONWORKS**<br><br>Complaint Filed: December 12, 2019 |

IT IS ORDERED that Judgment be entered in the above-entitled action against Defendant Metal Fabrication Industrial Ironworks, a California corporation, pursuant to the terms of the Stipulation for Judgment entered into by Plaintiffs and Defendant and filed with the Court on June 30, 2020.

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

Dated: June 30, 2020         By: _____
                                 Honorable James V. Selna
                                 UNITED STATES DISTRICT JUDGE